**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sandra A. Bober*
*Assistant United States Attorney*

*402 East State Street, Room 430*
*Trenton, NJ 08608*
*sandra.bober@usdoj.gov*

*main: (609) 989-2190*
*direct:(609) 858-0304*
*fax: (609) 989-2275*

August 24, 2026

**Via Electronic Filing**
Hon. Claire C. Cecchi, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re: *Aranguren-Dorante v. Grimes*, No. 26-cv-10411 (CCC)**
**Request to Close this Case**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter. On August 16, 2026, the Court ordered Respondents to release Petitioner within 24 hours. ECF No. 2. On that same day, this Office advised the Court that U.S. Immigration and Customs Enforcement ("ICE") released Petitioner. ECF No. 5. On August 17, 2026, Petitioner requested that the Court "continue the present injunctive relief until Petitioner's upcoming check-ins with ICE are complete[,]" and requested "that the case not be closed." ECF No. 7. Petitioner's counsel advised this Office today, August 24, 2026, that Petitioner reported to ICE for his check in; he was not detained; and he consents to closing the case. In light of this, Respondents respectfully request that the Court close this matter.

We thank the Court for its consideration of this request.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By: *s/ Sandra A. Bober*
SANDRA A. BOBER
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/25/2026